FILED
OCT 12 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) No. **4:22CR555-RLW/DDN**<br>vs. )<br>)<br>ROOSEVELT EASLEY, )<br>)<br>Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 29, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ROOSEVELT EASLEY,**

the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

Between approximately March 29, 2022, and April 1, 2022, in St. Louis City, within the Eastern District of Missouri,

**ROOSEVELT EASLEY,**

the defendant herein, did knowingly attempt to intimidate and corruptly persuade K.H. to falsely

claim possession of the firearm charged in Count One herein, with the intent to hinder the communication to a law enforcement officer and judge of the United States relating to the commission of a federal offense and a violation of the defendant's supervised release in *U.S. v. Roosevelt Easley*, 4:18-cr-00901 AGF.

In violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT THREE

The Grand Jury further charges that:

On or about September 10, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ROOSEVELT EASLEY,**

the defendant herein, knowingly possessed a firearm and ammunition, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm and ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about September 10, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ROOSEVELT EASLEY,**

the defendant herein, did knowingly attempt to corruptly persuade St. Louis Metropolitan Police Department Detective Joseph Kopfensteiner by bribery with the intent to hinder the communication to a law enforcement officer and judge of the United States of information relating to the commission of a federal offense and a violation of the defendant's supervised release in *U.S.*

*v. Roosevelt Easley*, 4:18-cr-00901 AGF.

In violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney